In the Matter of the Probate of the Will of JULIA SWING, Deceased. NELLIE SHERMAN et al., Respondents; JOHN P. SWING et al., Appellants.

Argued October 4, 1950; decided October 19, 1950.

*Maurice J. Giaimo* and *Frank M. Nicolosi* for John P. Swing, appellant.

*John H. Kearney* for Sacred Heart of Jesus Roman Catholic Church, appellant.

*George J. Malinsky* and *Jacob D. Fuchsberg* for respondents.

Order affirmed, with costs to the respondents payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.